302

## McDOWELL v. STATE.
### No. 20370.

Court of Criminal Appeals of Texas.
Feb. 22, 1939.

Cunningham & Lipscomb, of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for forgery, punishment assessed at confinement in the penitentiary for two years.

The indictment properly charges the offense. No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.

## HAMILTON v. STATE.
### No. 20227.

Court of Criminal Appeals of Texas.
Feb. 22, 1939.

W. G. Polk, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for robbery with firearms, punishment being assessed at twenty-five years confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. The indictment and all matters of procedure appearing to be in proper form, the judgment is affirmed.